No. 79–926.  PADILLA *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 79–958.  O'BRIEN *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 79–1014.  BUCKNER *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 79–1016.  GIACALONE *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 79–1029.  MANDEL ET AL. *v.* UNITED STATES; and
No. 79–1030.  RODGERS ET AL. *v.* UNITED STATES  C. A. 4th Cir.  Certiorari denied.

No. 79–1040.  GILBERT *v.* CLELAND ET AL.  C. A. 5th Cir. Certiorari denied.

No. 79–1042.  DOLESE ET AL. *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 79–1050.  HUDLER *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 79–1051.  CITY OF ROHNERT PARK *v.* LANDRIEU, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 79–1060.  ZALMANOWSKI ET AL. *v.* UNITED STATES. C. A. 6th Cir.  Certiorari denied.

No. 79–1063.  KEEFE ET AL. *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 79–1100.  RIALS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.